# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| BALAZKIE R. THOMAS | DOCKET NO. 6:23-cv-1072 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| HILLARY RICHARD, ET AL | MAGISTRATE JUDGE AYO |

## **JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (Record Document 19), and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record (Record Document 20):

**IT IS ORDERED** that this matter be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim upon which relief may be granted.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 25th day of September, 2024.

_____
**S. MAURICE HICKS, JR.**
**UNITED STATES DISTRICT JUDGE**